RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2016 JUN 23  PM 3: 22

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIM NO. _16-412_   ( JAG ) |
| SEALED, | |
| Defendants, | |

### MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. That attached to this motion is a sealed envelope containing an Indictment.
2. That after due consideration by this Honorable Court, the United States of America respectfully requests that the pleading be kept **under seal** until arrest of any defendant in the instant case.

**WHEREFORE**, the United States respectfully prays the Court to grant this request.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this _23rd_ day of June, 2016.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

**Maria L. Montañez-Concepción**
Assistant United States Attorney
USDC No. 228301
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 772-4012
Email: Maria.L.Montanez@usdoj.gov