## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>      **v.**<br><br>**[1] MIGUEL PACHECO-MEJIAS, et al.**<br>**Defendants.** | Case No.  16-412 (JAG) |

### UNITED STATES' INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW, the United States, by and through the undersigned attorney, and very respectfully informs the Court:

1.      The United States of America hereby notices the Honorable Court that pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the entire discovery for the instant case was provided using the USA File Exchange (USAFx) website.  Nevertheless, the same was also provided in disc version to those attorneys that timely requested it.

2.      Multiple copies of the discovery packages were provided to the Metropolitan Detention Center (MDC).  The Legal Department of MDC confirmed the receipt of the same and has informed that the packages include the court case number and an internal number as identifiers for the defendants' request and access.  The internal number for the case at the institution is 44-2016. The password to be provided to the defendants so that they can access the contents of the discs is 16412jag.

3.      The MDC Legal Department has also informed that there are currently eight (8) working computers at MDC Guaynabo for discovery.  There is one (1) computer in each one of the attorney's visiting rooms, for a total of four (4) computers.  The other four (4) computers are located in the visiting room's discovery room.

4.      An inmate wishing to review discovery can submit a handwritten cop-out (Inmate Request to Staff Form) to either the unit team, correctional services or Legal Department staff.  The inmate can also submit an electronic cop-out (electronically, via the computers in the unit) to the unit team, the correctional services or Legal Department staff.  The computers in the units have the capability of allowing inmates to send electronic cop-outs, free of charge.   The staff will arrange for the inmate to be brought down to review discovery in the visiting room.  If an inmate makes a request via cop-out and he does not a receive a response within a reasonable amount of time, the inmate should notify his Attorney.

5.      Attorneys for inmates can also make a request to the Legal Department for the inmates to be allowed to review discovery by sending an e-mail to the Legal Department if necessary.

WHEREFORE, the United States of America respectfully requests that this Honorable Court takes notice of the aforementioned.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of December, 2016.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

*s/Maria L. Montañez-Concepción*
MARIA L. MONTAÑEZ-CONCEPCIÓN
Assistant United States Attorney
U.S.D.C. No. 228301
United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax: (787) 766-6666

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Maria L. Montañez-Concepción*
**MARIA L. MONTAÑEZ-CONCEPCIÓN**
Assistant United States Attorney
U.S.D.C. No. 228301